# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

"M.L." AND SON "R.P.," ON
BEHALF OF AND AS THE
ATTORNEY-IN-FACT OF HIS
MOTHER,"A.P."

NO.   2021 CW 1581

VERSUS

MAGNOLIA ASSISTED LIVING,
LLC, THOMAS MULLINS, JR.,
AND TAMMI DUHON

**APRIL 8, 2022**

---

In Re:   Magnolia Assisted Living, LLC, Thomas Mullins, Jr.,
         and Tammi Duhon, applying for supervisory writs, 23rd
         Judicial District Court, Parish of Ascension, No.
         115842.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

   **WRIT DENIED.**

                        **PMc**
                        **JEW**
                        **MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT